MICHAEL P. FORBES, ESQUIRE                              ATTORNEY FOR PLAINTIFF
The Law Offices of Michael P. Forbes, P.C.
200 Eagle Road, Suite 220
Wayne, PA 19087
(610) 293-9399
Attorney ID. No. 55767

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

GEOFFREY SCARINCI, JR.                   :
        v.                                                            :
                                                                       :
CLIENT SERVICES, INC.                          : Case no. 14-2799
                                                                       :
                                                                       :

## NOTICE OF DISMISSAL

TO THE CLERK OF COURT:

Kindly dismiss the above matter pursuant to Local Rule 41.1(b).

Dated: July 16, 2014            BY:   MPF8441/s/*Michael P. Forbes*
                                                     Michael P. Forbes, Esquire
                                                     Attorney for Plaintiff
                                                     Law Office of Michael P. Forbes, PC
                                                     Attorney I.D. #55757
                                                     200 Eagle Road
                                                     Suite 220
                                                     Wayne, PA  19087
                                                     (610)293-9399